**FILED**
JAN 09 2019
*Matthew Thelen*
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF

CASE NUMBER: 5:19-mj-04

The premises known as the offices of
Tumblr, Inc., 770 Broadway, New York,
New York, 10003
User Account: Peelover1987
User email account: tylerwdeel@gmail.com

ORDER FOR NONDISCLOSURE

The United States having established sufficient cause for delayed notification, I find that immediate notification to the subscriber of the existence of the search warrant may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby;

ORDERED Tumblr Inc. shall not notify any other person, including the subscriber for user account Peelover1987, user email account tylerwdeel@gmail.com, of the existence of the previously served search warrant for 180 days.

Dated this 9th day of January, 2019.

BY THE COURT:

*Daneta Wollmann*
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE