# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:19-mj-04 | 1/9/19  1420 | Left With File |

Inventory made in the presence of:
Inv. Brian Freeouf

Inventory of the property taken and name of any person(s) seized:

Tumblr provided requested Data.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/5/19

_Brian Freeouf_
Executing officer's signature

ICAC Inv. Brian Freeouf
Printed name and title